

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00440-CV

Joe and Janie **GOMEZ**,
Appellants

v.

Thomas **DASHIELL**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-241-CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

On June 29, 2015, appellants filed what this court is construing as a notice of appeal from the county court's June 18, 2015 judgment of eviction. On July 6, 2015, appellants filed an affidavit of inability to pay costs in this court. It appears appellants also filed the affidavit in the trial court. The affidavit was filed in the trial court with or before the notice of appeal as required. *See* TEX. R. APP. P. 20.1(c)(1).

We **order** the clerk of this court to send copies of the affidavit and this order to the trial court, the trial court clerk, the court reporter, and all parties and/or counsel. *See id.* R. 20.1(d)(2).

We further order that any contest to appellants' affidavit of indigence must be filed on or before **July 31, 2015**. **Any contest must be filed in this court**. *See id.* R. 20.1(e)(1). If no contest is timely filed, appellants allegations, as set forth in the affidavit of inability to pay costs, will be deemed true, and they will be permitted to proceed without payment of costs, including costs for the appellate record. *See id.* R. 20.1(f).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court